# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RICHARD L. HERRERA,**

        **Plaintiff,**

**-vs-**                                                    **Case No. 6:04-cv-956-Orl-KRS**

**CRESTHILL, INC. d/b/a Orange Tree Golf Club, ALAN L. WISNE,**

        **Defendants.**

## ORDER

This cause came on for consideration after review of the Notice of Appearance filed by J. Jeffrey Deery. (Doc. No. 22). In the Notice, Attorney Deery states that he is appearing on behalf of Defendant Cresthill, Inc. d/b/a Orange Tree Golf Club. However, in the docket entry, Attorney Deery indicates that he is appearing on behalf of both defendants. It is, therefore, **ORDERED** that Attorney Deery shall advise the Court in writing filed on or before July 8, 2005, whether he also represents Defendant Alan L. Wisne.

**DONE** and **ORDERED** in Orlando, Florida this 30th day of June, 2005.

                                                        *Karla R. Spaulding*
                                                      KARLA R. SPAULDING
                                       UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties